# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual

Plaintiffs,

v.

GRAND TERRACE GARDENS, LP; DERONDA GRAND TERRACE, LLC; and DOES 1 THROUGH 10, Inclusive

Defendants

Case No: 5:26-cv-00381-JGB-SP

ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

[Fed. R. Civ. P. Rule 41(a)(1)(ii)]

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: June 18, 2026

By: _____
Hon. Jesus G. Bernal
United States District Judge

ORDER FOR DISMISSAL